UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ROBERT MCCOMB,

    Plaintiff,

vs.

DOMINIUM PROPERTY, *et al.*,

    Defendants.

Case No. 3:23-cv-275

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) GRANTING DEFENDANT LAURENCE A. LASKY'S UNOPPOSED MOTION TO STAY THE PROCEEDINGS (Doc. No. 12); AND (2) STAYING FURTHER PROCEEDINGS IN THIS COURT PENDING A DECISION ON THE MOTIONS TO DISMISS**

---

After due consideration, the Court **GRANTS** Defendant Laurence A. Lasky's unopposed motion for a stay of the litigation while the motions to dismiss are under consideration.  Doc. No. 12.  Further proceedings in this case are **STAYED** pending the Court's decision on the two motions to dismiss.  Doc. No. 11; Doc. No. 14.

    **IT IS SO ORDERED.**

October 7, 2024                                          s/*Michael J. Newman*
                                                                     Hon. Michael J. Newman
                                                                     United States District Judge